**IN RE: Avery ARMANI,**

**Avery Armani, Petitioner,**

v.

**United States District Court for the Central District of California, Los Angeles, Respondent,**

**Northwestern Mutual Life Insurance CompanY, Real Party in Interest.**

**No. 17-70244**

United States Court of Appeals, Ninth Circuit.

Submitted April 7, 2017 \* San Francisco, California

Filed May 8, 2017

Charles Fleishman, Attorney, Paul Fleishman, The Fleishman Law Firm, Woodland Hills, CA, for Petitioner

Charles Kelechi Chineduh, Meserve, Mumper & Hughes LLP, Los Angeles,

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

CA, for Real Party in Interest Northwestern Mutual Life Insurance Company

Before: D.W. NELSON and PAEZ, Circuit Judges, and BUCKLO,** District Judge.

ORDER ***

The petition for a writ of mandamus is granted. We vacate the district court's January 26, 2017 order and direct the district court to enter judgment for the petitioner awarding him payment of his long-term disability benefits, interest, attorney fees, and costs, and reinstatement of the long-term disability policy.

The Clerk shall serve this order on the district court.

**PETITION GRANTED.**

---

** The Honorable Elaine E. Bucklo, United States District Judge for the Northern District of Illinois, sitting by designation.

*** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.